UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Blake T.S.,                      File No. 18-cv-1029 (ECT/BRT)

        Plaintiff,

v.                         **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Nancy A. Berryhill, Acting Commissioner
of Social Security,

        Defendant.

The Court has received the June 19, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. ECF No. 22. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 22] is **ACCEPTED**;

    2.    Plaintiff's Motion for Summary Judgment [ECF No. 14] is **GRANTED IN PART**;

    3.    Defendant's Motion for Summary Judgment [ECF No. 20] is **DENIED**; and

4. This matter is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 8, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court